1:20-cv-00450-JDL

11/30/20

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2020 DEC -2 P 4: 45

DEPUTY CLERK

Richard Larsen
            vs.
State of Maine.

A. No investigation by Jared Carney
B. Denied legal court date - PREDC-PA-2020-11 and
CARDC-PA-2020-46 Under Title 19-A § 4006.
C. Legal Boundries being overstepped in case
PREDC-PA-2019-111
D. Maine D.H.H.S. holding things against me that
were not used against me with my first 2
daughters, when I did not reoffend.
E. I was denied a reasonable bail for 2.21.20 to
10.23.20. I am also being violated on my rights to
a fair and speedy trial.
F. Carrie Linthicum overstepping her legal boundries
and job by helping Lacey Gilman and Regina
Larsen.
G. Being sent to Riverview Psyciatric Center for
60 days for no reasons by caseworkers I never
met in person or ever talked to. 7/28/20 - 9/25/20.
H. Board of overseers of the Bar.
* I would appreciate a court date where I am
not a lawyer to discuss proceeddings. I lost
alot for a crime I did not commit and
only the federal Goverment can help me
against the State. Please include my hole
Federal file dating back to march 2020.

Thank You for your time and Consideration.
Due to the in justice of CARDC-PA-2020-46-
Title 19-A § 4006, even with the Maine Supreme
Judicial Court I am in need of some
help, and a different kind of help then the
Aroostook County Courts think I need. I am
approaching your court to justify 15 years of
misjudgements to hopefully set the record
Straight. I would like $70,000.00 from Jared
Carney plus pain and suffering and I would
like to have the courts choice how to hold the
State accountable for my pain and suffering.


Richard Larsen III   9/26/86
24 Academy St. Apt #1
Presque Isle, ME. 04769


* Richard Larsen III
P.O. Box 1852
Presque Isle, ME. 04769


Thank You for your time, I
hope you believe in Justice,
Richard Larsen III