UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RICHARD A. LARSEN, III, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|         v. | ) 1:20-cv-00450-JDL |
| | ) |
| STATE OF MAINE, et al., | ) |
| | ) |
| | ) |
|    Defendants. | ) |

### ORDER DENYING OBJECTION TO THE ORDER OF THE MAGISTRATE JUDGE

Plaintiff Richard A. Larsen, III filed a request for a discovery conference on December 14, 2020 (ECF No. 9). United States Magistrate Judge John C. Nivison denied Larsen's motion on December 17, 2020 (ECF No. 11), pursuant to 28 U.S.C.A. § 636(b)(1)(A) (West 2021) and Fed. R. Civ. P. 72(a). Larsen filed a timely objection on December 29, 2020 (ECF No. 14).

A district judge must modify a magistrate judge's order on a non-dispositive matter only when "any part of the order . . . is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a); *see also Phinney v. Wentworth Douglas Hosp.*, 199 F. 3d 1, 5 (1st Cir. 1999). Larsen raises no such issue with regard to the Magistrate Judge's order, but instead appears to ask the Court to permit Larsen to submit evidence regarding the merits of his case, which is plainly inappropriate at this stage of the litigation.

Accordingly, it is **ORDERED** that Larsen's objection (ECF No. 14) to the Magistrate Judge's order (ECF No. 11) is **DENIED**.

2

**SO ORDERED.**

**Dated this 29th day of January, 2021.**

                                                /s/ Jon D. Levy
                                      **CHIEF U.S. DISTRICT JUDGE**