UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RICHARD A. LARSEN, III, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|         v. | ) 1:20-cv-00450-JDL |
| | ) |
| STATE OF MAINE, et al., | ) |
| | ) |
|   Defendants. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

Plaintiff Richard A. Larsen, III brings this action against the State of Maine and three individual Defendants, alleging violations of his civil rights related to multiple state court proceedings (ECF Nos. 5, 15). United States Magistrate Judge John C. Nivison conducted a preliminary review of Larsen's Amended Complaint, and filed his Recommended Decision with the Court on April 13, 2021 (ECF No. 19), pursuant to 28 U.S.C.A. §§ 1915(e)(2), 636(b)(1)(B) (West 2021) and Fed. R. Civ. P. 72(b). Larsen filed an objection on April 26, 2021 (ECF No. 22).[1]

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

---

[1] The Court also received two letters from Larsen on April 13 and April 15, 2021, both of which are dated or postmarked April 12, 2021 (ECF Nos. 20, 21). These letters do not contain any legal or factual arguments relevant to the issues addressed by the Magistrate Judge, and to the extent that these filings constitute objections to the Magistrate Judge's Recommended Decision, they are overruled.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 19) of the Magistrate Judge is hereby **ACCEPTED** and Larsen's Amended Complaint (ECF Nos. 5, 15) is **DISMISSED**.

**SO ORDERED.**

**Dated this 18th day of May, 2021.**

                                                    **/s/ JON D. LEVY**
                                          **CHIEF U.S. DISTRICT JUDGE**